# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00536-CR

**Tom Ledesma, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. 582494, HONORABLE MIKE DENTON, JUDGE PRESIDING

Appellant=s motion for new trial was granted by the trial court on October 25, 2002. The appeal is dismissed as moot.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed as Moot

Filed:  October 31, 2002

Do Not Publish